United States Bankruptcy Court

Central District of California

In re:     Case No. 21-15669-WB

Paul Edward Roberts     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Edward Roberts, 10000 Santa Monica Blvd, Suite 2907, Los Angeles, CA 90067-7029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| Khachik Akhkashian | on behalf of Debtor Paul Edward Roberts akhkashianlaw@yahoo.com  www.ebrahimian@dba-law.com |
| Michael P Weisberg | on behalf of Other Professional Courtesy NEF mweisberg@bg.law  ecf@bg.law |
| Robert A Hessling | on behalf of Trustee Jason M Rund (TR) rhessling@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

```
ROBERT A. HESSLING (State Bar No. 096466)
rhessling@gmail.com
MATTHEW F. KENNEDY (State Bar No. 199485)
matthewfkenn@gmail.com
ROBERT A. HESSLING, APC
3853 Meadow Park Lane
Torrance, CA 90505
Telephone:  (310) 375-0255
Facsimile:   (310) 375-0255

Proposed General Counsel for
Jason M. Rund,
Chapter 7 Trustee
```

**FILED & ENTERED**

**FEB 03 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaaumoan DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PAUL EDWARD ROBERTS,<br><br>                    Debtor. | Case No. 2:21-bk-15669-WB<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION OF TRUSTEE TO EMPLOY ROBERT A. HESSLING, APC,  AS GENERAL COUNSEL FOR TRUSTEE**<br><br>[No Hearing Required] |

Jason M. Rund, the Chapter 7 Trustee ("Trustee") of the estate of Paul Edward Roberts ("Debtor"), has filed his Application of Trustee to Employ Robert A. Hessling, APC, as General Counsel for Trustee ("Application") (Docket, No. 28, filed 1/10/22).  It appears from the Application that it is necessary that the Trustee employ general counsel, that this counsel represents no interest adverse to the Debtor, the estate or any creditors in the matter upon which counsel is to be engaged, and that the employment of Robert A. Hessling, APC ("RAH, APC"), is in the best interest of the estate.  It also appears that due and proper notice of the Application was given to the United States Trustee, the Debtor and his counsel, the 20 largest unsecured creditors, and all parties requesting special notice.  It also appears that no objections or requests for hearing with respect to the Application have been filed.  It appearing that good cause exists,

///

///

IT IS ORDERED that:

1. The Application is granted, and the Trustee is authorized to employ RAH, APC, as his general counsel pursuant to 11 U.S.C. § 327(a) at the expense of the estate, effective as of January 5, 2022.

2. The compensation to be awarded pursuant to 11 U.S.C. § 330 shall be fixed by the Court after notice and a hearing as may be required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: February 3, 2022

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

2